**STATE of Missouri, Respondent,**

v.

**Brenda WUNDERLICH, Appellant.**

**No. 69927.**

Missouri Court of Appeals,
Eastern District,
Division Five.

July 15, 1997.

John M. Schilmoeller, St. Louis, for appellant.

Jeremiah W. Nixon, Jill C. Lahue, Jefferson City, for respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

## ORDER

PER CURIAM.

Defendant, Brenda Wunderlich, appeals her conviction following a jury trial, for criminal nonsupport, Sec. 568.040, RSMo 1994, for which she was sentenced to two years imprisonment. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).